## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR308 |
| | ) | |
| v. | ) | |
| | ) | |
| **DAMIAN E. JACKSON,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is a request for a transcript for the hearing held January 10, 2005. For good cause shown, the request will be granted and the transcript will be ordered upon receipt of a deposit of $72.60 made to the Clerk of the United States District Court.

**IT IS ORDERED:**

1. Upon the receipt of a deposit of $72.60, a transcript of the hearing will be ordered. Should the cost of the transcript exceed this amount, the defendant will be required to pay the difference. Likewise, should the cost of the transcript be less than $72.60, the Clerk shall issue a refund check.

2. The Clerk shall immediately notify the chambers of the undersigned when the $72.60 deposit is received. Upon receipt the said funds, the Clerk is ordered to prepare a transcript of the hearing held on January 10, 2005.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge