# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR308** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DAMIAN E. JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the court is a request by the Clerk to reimburse the amount of $6.60 for the overpayment on the cost of the transcript of the hearing held on January 10, 2005.  For good cause shown, the request will be granted.  The Clerk will reimburse the amount of $6.60 for the overpayment made for the cost of the transcript.

**IT IS SO ORDERED.**

DATED this 10th day of January, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge