IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:04CR308
                             )
     v.                      )
                             )
DAMIAN JACKSON,              )         ORDER
                             )
          Defendant.         )
_____)
```

IT IS ORDERED that D. C. Bradford is appointed to represent the defendant, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 23rd day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court