IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:04CR308
                             )
      v.                     )
                             )
DAMIAN JACKSON,              )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's request that he be permitted to attend outpatient treatment at Williams Prepared Place. Accordingly,

IT IS ORDERED that Condition 3 of the Court's previous order (Filing No. 72) is revised to the extent that defendant is no longer required to reside at the Williams Prepared Place. He shall complete outpatient treatment as determined by the facility. All other terms and conditions of his supervised release as previously imposed remain in effect.

DATED this 9th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                              _____
                              Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                              UNITED STATES WARDEN

                              By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                              UNITED STATES WARDEN

                              By: _____