IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:04CR308
                              )
      v.                      )
                              )
DAMIAN JACKSON,               )        ORDER
                              )
            Defendant.        )
_____)
```

      This matter is before the Court on defendant's motion to continue (Filing No. 96). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 75) is rescheduled for:

**Wednesday, September 24, 2014, at 8:30 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 14th day of July, 2014.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court