IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:04CR308
                             )
      v.                     )
                             )
DAMIAN JACKSON,              )       ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court after a final disposition hearing was held on the petition for warrant or summons for offender under supervision (Filing No. 75). Defendant was present and represented by Dana C. Bradford. Plaintiff was represented by David M. Wear, Assistant United States Attorney.

Defendant admitted Allegation 1 of the petition. The Court found the defendant to be in violation of his conditions of supervised release and proceeded to final disposition.

IT IS ORDERED that defendant is sentenced to a term of time served, with no supervision to follow.

DATED this 6th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court